IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL RAY HURLEY,
    Plaintiff,

vs.                                 Case No.: 3:11cv296/LAC/EMT

DAVID MORGAN
    Defendant.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 27, 2012 (doc. 30). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    This case is **DISMISSED without prejudice** for Plaintiff's repeated failure to timely comply with court orders and that all pending motions be denied as moot.

      **DONE AND ORDERED** this 29th day of March, 2012.

                                                                       s/*L.A. Collier*
                                                                       **LACEY A. COLLIER**
                                                                       **SENIOR UNITED STATES DISTRICT JUDGE**